CLOSED, JTR, JURY, TRANSO

**U.S. District Court**
**Eastern District of Arkansas (Little Rock)**
**CIVIL DOCKET FOR CASE #: 4:08-cv-00151-JLH**

Givens v. Davol Inc et al
Assigned to: Chief Judge J. Leon Holmes
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/20/2008
Date Terminated: 04/02/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Max E Givens**

represented by **Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816-931-2230
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marie Bernarde Miller**
Gill Elrod Ragon Owen & Sherman, P.A.
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413
(501) 376-3800
Email: miller@gill-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Sifers**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
816-931-2230
Fax: 816-931-7030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a Delaware corporation*

**Defendant**

**C R Bard Inc**
*a New Jersey corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | 1 | COMPLAINT with Jury Demand against Davol Inc, C R Bard Inc (Filing fee $350.00, receipt #LIT00376) filed by Max Givens (jap) (summonses issued) (Entered: 02/21/2008) |
| 02/26/2008 | 2 | ORDER REASSIGNING CASE to Chief Judge J. Leon Holmes for all further proceedings. Signed by Judge Susan Webber Wright on 2/26/08. (bfw) (Entered: 02/26/2008) |
| 04/02/2008 | 3 | CONDITIONAL TRANSFER ORDER (CTO-16) - MDL re: Kugel Mesh Hernia Patch Products Liability Litigation, transferring case to USDC - District of Rhode Island. (vjt) (Entered: 04/03/2008) |
| 04/03/2008 | | Docket Note: Case electronically transferred to the USDC - District of Rhode Island. (vjt) (Entered: 04/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/14/2008 12:33:07 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:08-cv-00151-JLH |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |